**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SIEMENS ENTERPRISE<br>COMMUNICATIONS GMBH & CO. KG and<br>SIEMENS ENTERPRISE<br>COMMUNICATIONS, INC.,<br><br>　　　　　　　Defendants. | C.A. No. 13-1457-LPS |

**PLAINTIFF CLOUDING IP, LLC'S OPPOSITION TO**
**DEFENDANT'S MOTION TO BIFURCATE**

Defendant Siemens Enterprise Communications, Inc., ("Defendant") has joined with

defendants in the related cases *Clouding IP, LLC v. Google Inc.*, C.A. No. 12-639-LPS, *Clouding*

*IP, LLC v. Motorola Mobility LLC*, C.A. No. 12-1078-LPS, *Clouding IP, LLC v. Amazon.com,*

*Inc. et al.*, C.A. No. 12-0641-LPS, and *Clouding IP, LLC v. Rackspace Hosting Inc. et al.*, C.A.

No. 12-675-LPS to Bifurcate Damages from Liability and to Stay Damages-Related Fact and

Expert Discovery.

For the convenience of the Court and to reduce burden on the Court, Clouding IP, LLC

("Clouding") incorporates by reference the briefs in opposition to each of the motions to

bifurcate.  (C.A. No. 12-639-LPS at D.I. 122, C.A. No. 12-1078-111, C.A. No. 12-0641-LPS at

D.I. 133, and C.A. No. 12-675-LPS at D.I. 138.)  The additional facts provided by Defendant do

not change the calculus for denying the request for bifurcation of damages and liability

discovery.

1

January 6, 2014

OF COUNSEL:

Marc A. Fenster
Brian D. Ledahl
Dorian S. Berger
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
bledahl@raklaw.com
dberger@raklaw.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman (sb4952)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@ bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Clouding IP, LLC*

January 6, 2014

OF COUNSEL:

Marc A. Fenster
Brian D. Ledahl
Dorian S. Berger
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
bledahl@raklaw.com
dberger@raklaw.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman (sb4952)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@ bayardlaw.com

*Attorneys for Plaintiff Clouding IP, LLC*