**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC, <br><br>                Plaintiff, <br><br>          v. <br><br>SIEMENS ENTERPRISE COMMUNICATIONS GMBH & CO. KG and SIEMENS ENTERPRISE COMMUNICATIONS, INC., <br><br>                Defendants. | C.A. No. 13-1457 (LPS) <br><br>**DEMAND FOR JURY TRIAL** |

**REPLY OF DEFENDANT UNIFY INC., f/k/a SIEMENS ENTERPRISE COMMUNICATIONS, INC., IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF STANDING**

Defendant Unify Inc., f/k/a Siemens Enterprise Communications, Inc. ("Unify"), hereby joins the reply motion filed by EMC Corp., EMC International US Holdings, Inc., and VMware, Inc. as well as the reply motion filed by Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk and respectfully moves, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss the complaint for lack of standing.

As Unify stated in its motion to dismiss for lack of standing, Clouding IP, LLC ("Clouding") lacks standing to bring this suit as it did not receive a transfer of "all substantial rights" in the patents-in-suit from Symantec Corporation ("Symantec"). Symantec retains many substantial rights in the patents, including the right to control much of Clouding's use of the patents and to re-acquire all rights in the patents.

On December 20, 2013, Unify filed a motion to dismiss for lack of standing and, to preserve judicial economy, joined and incorporated the arguments before the Court filed by Amazon.com, Inc. and Amazon Web Services in the related case of *Clouding IP, LLC v.*

*Amazon.com, Inc. et al.*, C.A. No. 12-641-LPS (the "Amazon Case") (D.I. 113 in C.A. No. 12-641), Google Inc. and Motorola Mobility LLC in the related cases of *Clouding IP, LLC v. Google Inc.*, C.A. No. 12-639-LPS (the "Google Case"), and *Clouding IP, LLC v. Motorola Mobility LLC*, C.A. No. 12-1078-LPS (the "Motorola Case") (D.I. 93 in C.A. Nos. 12-1078 and 12-639), EMC Corp., EMC International US Holdings, Inc., and VMware, Inc. in the related case of *Clouding IP, LLC v. EMC Corporation, EMC International U.S. Holdings, Inc. and VMware, Inc.*, C.A. No. 13-01455-LPS (the "EMC Case")(D.I. 33 in C.A. No. 13-01455); and Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk's in the related case of *Clouding IP, LLC v. Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk,* C.A. No. 12-0675-LPS (the "Rackspace Case")(D.I 17 in C.A. No. 12-0675).

Unify understands that, concurrent with Unify's reply in support of the motion to dismiss for lack of standing, EMC Corp., EMC International US Holdings, Inc., and VMware, Inc. are filing a reply brief in support of their motion to dismiss for lack of standing in the EMC Case and that Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk's are filing a reply brief in support of their motion to dismiss for lack of standing in the Rackspace Case. Unify has reviewed these reply briefs and agrees with the argument stated therein.

As Clouding's complaints in the EMC Case and the Rackspace Case suffer from the same standing defects as Clouding's complaint against Unify in this case, Unify will not burden the Court with a duplicative brief, and instead relies upon, joins, and incorporates herein the arguments set forth in EMC's reply brief (In C.A. No. 13-01455), and Rackspace's reply brief (In C.A. No, 13-0675).

WHEREFORE, Unify respectfully requests that the Court grant the motion to dismiss filed on December 20, 2013, and that the Proposed Order attached thereto be entered in the present action.

Respectfully submitted,

**O'KELLY ERNST & BIELLI, LLC**

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly (No. 4349)
Daniel P. Murray (No. 5785)
901 N. Market St., Suite 1000
Wilmington, DE  19801
(302) 778-4000
(302) 295-2873 (facsimile)
sokelly@oeblegal.com
dmurray@oeblegal.com

*Counsel for Defendant*

Michael T. Renaud (MA Bar No. 629783)
Michael J. McNamara (MA Bar No. 665885)
Courtney M. Quish (MA Bar No. 662288)
Stephen P. Cole (MA Bar No. 669648)
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
(617) 542-2241 (facsimile)
MTRenaud@mintz.com
MMcnamara@mintz.com
CQuish@mintz.com
SPCole@mintz.com